Bart M. Botta, Bar No. 167051
June Monroe, Bar No. 284763
**FENNEMORE LLP**
2603 Main Street, Suite 1250
Irvine, CA  92614
Tel: (949) 752-2911 / Fax: (949) 752-0953
bbotta@fennemorelaw.com
jmonroe@fennemorelaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.H. BELT & ASSOCIATES, INC., a corporation, doing business as SUNLEAF FOODS,<br><br>Plaintiff,<br><br>v.<br><br>PASSPORT FOODS (SVC), LLC, a limited liability company; SKYVIEW CAPITAL GROUP MANAGEMENT, LLC, a limited liability company; ALEX SOLTANI, an individual,<br><br>Defendants. | Case No. 8:23-cv-00410 ODW (JDEx)<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT BY COURT AGAINST ALL DEFENDANTS**<br><br>[Fed.R.Civ.P. Rule 55(b)(2)]<br><br>Hearing Date:   October 16, 2023<br>Time:                  1:30 p.m.<br>Courtroom:        5D |

NOTICE IS HEREBY GIVEN that on Monday, October 16, 2023, at 1:30 p.m., in Courtroom 5D, at the First Street U.S. Courthouse, located at 350 W. 1st Street, Los Angeles, CA  90012, or any other continued date, that Plaintiff C.H. BELT & ASSOCIATES, INC., a corporation, doing business as SUNLEAF FOODS (hereinafter referred to as "Plaintiff" or "CHB") will and hereby moves for Default Judgment by Court against Defendants PASSPORT FOODS (SVC), LLC, a limited liability company; SKYVIEW CAPITAL GROUP MANAGEMENT, LLC, a limited liability company; ALEX SOLTANI, an individual(hereinafter collectively referred

to as "Defaulting Defendants"), in accordance with Federal Rules of Civil Procedure Rule 55 (b)(2).

This Motion is supported by the following Memorandum of Points and Authorities, the Declaration of Bart Botta, and any exhibits thereto, the Declaration of Robert Eggert, and any exhibits thereto, filed simultaneously with this notice and motion, and the papers and pleadings on file herein.

FENNEMORE LLP

Dated: September 1, 2023      By: */s/ Bart Botta*
BART M. BOTTA, attorneys for Plaintiff C.H. BELT & ASSOCIATES, INC. d/b/a SUNLEAF FOODS